MERCHANTS FIRE ASSURANCE CORPORATION OF NEW YORK, Respondent, v. AMERICAN EMPLOYERS INSURANCE COMPANY, Appellant.

Concur — Stevens, J. P., Eager, Capozzoli, Tilzer and McGivern, JJ.